UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARDINER ANDERSON,<br><br>       Plaintiff,<br><br> - against -<br><br>SECCO SQUARED, LLC<br><br>       Defendant. | Docket No. _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Gardiner Anderson ("Anderson" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Secco Squared, LLC, ("Secco" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a crowd gathering outside an apartment building in Sheepshead Bay owned and registered by Anderson, a New York City based photojournalist. Accordingly, Anderson seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or are doing business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Anderson is a professional photojournalist in the business of licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 44 St. Nicholas Avenue, Apt. 3R, Brooklyn, New York, 11237.  Anderson's photographs have appeared in many publications around the United States.

6. Upon information and belief, Secco is a limited liability corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 255 West 36 Street, Suite 1105, New York, New York 10018. At all times material hereto, Secco has owned and operated a website at the URL: www.yourdailydish.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. On January 5, 2016, Anderson photographed a crowd gathering in front of a Sheepshead Bay apartment building (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Anderson then licensed the Photograph to The New York Daily News. On January 5, 2016, The New York Daily News ran an article that featured the Photograph on its web edition entitled, *Brooklyn teen tells cops she killed mom, mom's boyfriend*.  See http://www.nydailynews.com/new-york/brooklyn/brooklyn-teen-tells-cops-killed-mom-mom-boyfriend-article-1.2485017. Anderson's name was featured in a gutter credit identifying him as the photographer of the Photograph.  A true and correct copy of the Photograph in the article is attached hereto as Exhibit B.

9. Anderson is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-010-578.

### B. Defendant's Infringing Activities

11. Upon information and belief, on or about January 5, 2016, Secco ran an article on the Website entitled *15 Year Old Suspected in Murder Partied on NYE with Bodies at Home*. See http://www.yourdailydish.com/15-year-old-suspected-murder-partied-nye-bodies-home/. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

12. Secco did not license the Photograph from Plaintiff for its article, nor did Secco have Plaintiff's permission or consent to publish the Photograph on its Website.

### FIRST CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST SECCO)
### (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Secco infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Secco is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Secco have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Secco be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph.

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       July 27, 2016

                                                        LIEBOWITZ LAW FIRM, PLLC

                                                        By: /s/Richard Liebowitz
                                                             Richard P. Liebowitz
                                           11 Sunrise Plaza, Suite 301
                                           Valley Stream, NY 11580
                                           Tel: (516) 233-1660
                                           RL@LiebowitzLawFirm.com

                                           *Attorney for Plaintiff Gardiner Anderson*